IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 14-579-M-2 |
| CERTAIN PREMISES | : | |

UNSEALING ORDER

AND NOW, this 19th day of January 2021, upon consideration of the Government's Motion to Unimpound the documents relating to this matter, it is hereby

O R D E R E D

that all of the filed documents and docket entries in this case, including this Order, the government's application, motion to impound, affidavit, inventory, and accompanying docket papers are unsealed and unimpounded. The Court enters this Order because, although the government set forth a compelling need for sealing its application and related papers during the investigation, those justifications no longer exist.

BY THE COURT:

/s/ Elizabeth T. Hey
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 14-579-M-2 |
| CERTAIN PREMISES | : | |

GOVERNMENT'S MOTION TO UNIMPOUND SEARCH WARRANT
APPLICATION AND OTHER DOCUMENTS FILED UNDER SEAL

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney in and for the Eastern District of Pennsylvania, and David J. Ignall, Assistant United States Attorney for the District, moves to unimpound and unseal the documents filed with the Court in connection with its application for a search warrant, including the application and affidavit and inventory, and in support of its motion states as follows:

1. On or about June 5, 2014, the government filed an application for a warrant to conduct a search of a premises located at 6060 Crescentville Road, Apt. EB-11, Philadelphia, PA 19120 (Hillside Gardens). That application was granted by the Honorable Elizabeth T. Hey, and the warrant was executed shortly thereafter.

2. At that time of the issuance of the June 5, 2014 search warrant, the government sought to seal its application, affidavit, and other associated documents, on the ground that their public dissemination could interfere with the ongoing criminal investigation.

3. The interests identified by the government in sealing were compelling. The sealing aimed to protect the ongoing criminal investigation, which investigations are

traditionally conducted in secret.  This secrecy protects the interests of targets and witnesses as well as the government.

4. This Court issued the search warrant and granted the motion to seal.

5. The grand jury investigation has now resulted in the issuance of indictments charging three different defendants.  Thus, some of the bases for the application to seal no longer exist.

6. At the same time, the agent's affidavit is the kind of document that the government would ordinarily supply in discovery in this case.

7. Accordingly, the government respectfully requests that its motion to unimpound and unseal its application, affidavit and other associated documents be granted and that those documents, along with all related docket entries, be unimpounded and unsealed.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


s/ David J. Ignall
DAVID J. IGNALL
Assistant United States Attorney

DATED:  January 19, 2021